O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT ALLEN SMITH, | ) | Case No. EDCV 11-01449-PA (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| JAMES TILTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 10, 2012

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge